IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE E. HERNANDEZ | : | CIVIL ACTION |
| vs. | : | |
| JOHN E. WETZEL, et al. | : | NO. 13-CV-7155 |

ORDER

AND NOW, this 29th day of August, 2018, upon independent consideration of the Petition for Writ of Habeas Corpus (Document 1), the Respondents' Motion to Dismiss (Document 9) and after review of the Report and Recommendation (R&R) of United States Magistrate Judge Henry S. Perkin dated July 26, 2018 and the Petitioner's Motion to Dismiss Report and Recommendation (Document 14), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for Writ of Habeas Corpus is DISMISSED AS MOOT; and
3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.